# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

148981(95)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL J BETTS, JR.,
      Defendant-Appellant.

_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

      On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan to file a second supplement brief amicus curiae is GRANTED. The supplemental amicus brief submitted on March 26, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2021



Clerk